UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LORI MASSEY, | ) |
|     *Plaintiff*, | ) Case No. 3:20-cv-427 ) ) Judge Travis R. McDonough |
| v. | ) ) Magistrate Judge Jill E. McCook |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) |
|     *Defendant*. | ) |

**ORDER**

Before the Court is Plaintiff's motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act ("EAJA") (Doc. 26). On June 9, 2021, U.S. Magistrate Judge Jill E. McCook issued a report and recommendation, recommending that: (1) Plaintiff's motion for attorney's fees and expenses be granted; and (2) that a judgment awarding Plaintiff $4261.30 in attorney's fees and $17.25 in expenses be entered. (Doc. 30, at 6–7.) Magistrate Judge McCook concluded that Plaintiff should be awarded attorney's fees for 20.4 hours of attorney work and 7.2 hours of paralegal work. (*Id.* at 4.) Neither party filed a timely objection to the report and recommendation.

The Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge McCook's report and recommendation (Doc. 30), and Plaintiff's motion for fees and expenses (Doc. 26) is hereby **GRANTED**. Plaintiff is **AWARDED** $4261.30 in attorney's fees and $17.25 in expenses.

    **SO ORDERED.**

                                                          /s/ *Travis R. McDonough*
                                                          **TRAVIS R. MCDONOUGH**
                                                          **UNITED STATES DISTRICT JUDGE**